# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Willie K. Howard,

    Plaintiff,

        v.                                     Case No.   1:14cv608

Burd Brothers, Inc.,                           Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on May 1, 2015 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 19) of the Magistrate Judge is hereby **ADOPTED.** Defendant's Motion to Dismiss (Doc. 10) is **GRANTED**.

IT IS SO ORDERED.

                                                    *s/Michael R. Barrett*
                                                    Michael R. Barrett
                                                    United States District Judge